UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JESSE ECHOLS                                                                PLAINTIFF

V.                                            CIVIL ACTION NO.4:06CV26-GHD-JAD

MARVIN MILLER, et al.                                    DEFENDANTS

**FINAL JUDGMENT AS TO CERTAIN DEFENDANTS**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, was on that date duly served by first class mail upon plaintiff and counsel of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

    2. That Defendants John Rogers, Lawrence Kelly and Christopher Epps be and hereby are dismissed with prejudice.

    THIS, the 25th day of October, 2006.

                                                       /s/ Glen H. Davidson
                                                       CHIEF JUDGE